# 1138

GIBNEY, Respondent, v. TROY CITY RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 8, 1900.) Action by William H. Gibney against the Troy City Railway Company. No opinion. Judgment and order affirmed with costs.

In re GLENS FALLS, S. H. & FT. E. ST. R. R. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) In the matter of the application of the Glens Falls, Sandy Hill & Ft. Edward Street Railroad for the appointment of commissioners. No opinion. Application granted, and William W. Worden, Van Rensselear, W. Erving, and William H. Hughes appointed as commissioners.

GODDARD et al. v. AMERICAN QUEEN. (Supreme Court, Appellate Division, First Department. January 12, 1900.) Action by Warren N. Goddard and another against the American Queen. No opinion. Motion denied, with $10 costs. See 59 N. Y. Supp. 46; 61 N. Y. Supp. 133.

GRIFFEN v. MANICE. (Supreme Court, Appellate Division, First Department. February 16, 1900.) Action by Anna S. Griffen, as administratrix, against William De Forest Manice. No opinion. Motion granted. See 62 N. Y. Supp. 364.

GRIFFITH, Respondent, v. FRIENDLY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Esther Griffith against Myer Friendly and others. No opinion. Interlocutory judgment overruling defendants' demurrer affirmed, with costs, with leave to the defendants to withdraw their demurrers, and answer, upon payment of the costs of the demurrer and of this appeal. See 62 N. Y. Supp. 391.

GRIFFITH, Respondent, v. FRIENDLY et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. January 30, 1900.) Action by Esther Griffith against Myer Friendly and others. No opinion. Interlocutory judgment overruling defendants' demurrer affirmed, with costs, with leave to the defendants to withdraw their demurrers, and answer, upon payment of the costs of the demurrer and of this appeal. See 62 N. Y. Supp. 391.

HAINES v. KEAHON. (Supreme Court, Appellate Division, First Department. January 19, 1900.) Action by John Haines against Patrick H. Keahon. No opinion. Motion denied, with $10 costs. See 61 N. Y. Supp. 757.

HALLAHAN, Appellant, v. WEBBER et al., Respondents. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Grace A. Hallahan, as administratrix de bonis non of Michael J. Hallahan, deceased, against George C. Webber and Lucien Bayliss, as assignee, to set aside a sale of personal property on the grounds of fraud. From a judgment for defendants at special term, plaintiff appeals. Affirmed. Theo. H. Friend, for appellant. Paul C. Cloyd, for respondents.

PER CURIAM. There is no difference between the facts as they appeared upon the former trial of this case (7 App. Div. 122, 40 N. Y. Supp. 103) and those which are presented at this time. The determination of that appeal, therefore, must be controlling here; and, following that case, this judgment must be affirmed, with costs to the respondents.

HAMILTON, Appellant, v. EMERSON, Respondent. (City Court of New York, General Term. January 26, 1900.) Action by Erastus Hamilton against Edward R. Emerson. From a judgment for defendant, and from an order denying a motion for a new trial, plaintiff appeals. Affirmed. Alexander & Colby, for appellant. Charles J. Hardy, for respondent.

O'DWYER, J. We think that a defense to an action on a lease was properly set forth in the first separate defense contained in the answer, and that the learned trial justice properly allowed the testimony in support of the separate collateral agreement therein alleged. The questions in issue were fairly submitted to the jury, and their verdict finds ample support in the evidence. Judgment and order appealed from affirmed, with costs.

HASCALL, J., concurs.

HART v. HART. (Supreme Court, Appellate Division, Fourth Department. January 23, 1900.) Action by Mary E. Hart against William D. Hart, as administrator, etc. No opinion. Motion for leave to appeal to the court of appeals denied, with $10 costs. See 61 N. Y. Supp. 131.

HAYES et al., Appellants, v. GEORGE W. LEDERER CO., Respondent. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Timothy J. Hayes and others against the George W. Lederer Company. M. H. Crossman, for appellants. M. L. Erlanger, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

HAYNES, Respondent, v. POWER, Appellant. (Supreme Court, Appellate Term. February 23, 1900.) Action by Tilly Haynes against Andrew F. Power. Judgment for plaintiff, and defendant appeals. Judgment modified and affirmed.

PER CURIAM. The item of $5 for injury to an umbrella and pair of gloves was improperly allowed by the court below. Aside from the point that the plaintiff's right to recover with respect to this property is not apparent, there was no competent evidence of value to support the award. In other respects we are not inclined to disturb the judgment. Judgment modified, by deducting the sum of $5 therefrom, and, as so modified, affirmed, without costs.

HENAVIE v. NEW YORK CENT. & H. R. R. CO. (Supreme Court, Appellate Division, First Department. February 9, 1900.) Action by Peter Henavie, as administrator, against the New York Central & Hudson River Railroad Company. No opinion. Motion denied, with $10 costs. See 60 N. Y. Supp. 752.